**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————————

**No. 96-6325**

—————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALBERTO CAIRA, a/k/a Rangeen Khan, a/k/a
Claude Bernard, a/k/a Jorge Miladeh,

Defendant - Appellant.

—————————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Solomon Blatt, Jr., District Judge.
(CR-86-5, CR-86-162, CA-94-3014-2-8)

—————————————

Submitted: July 23, 1996                    Decided: July 31, 1996

—————————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

—————————————

Dismissed by unpublished per curiam opinion.

—————————————

Alberto Caira, Appellant Pro Se. Marvin Jennings Caughman, As-
sistant United States Attorney, Columbia, South Carolina, for
Appellee.

—————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his motion for relief under 28 U.S.C. § 2255 (1988), as amended by Act of Apr. 24, 1996, 28 U.S.C.S. § 2255 (Law. Co-op. Advance Sheet June 1996). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Caira, Nos. CR-86-5; CR-86-162; CA-94-3014-2-8 (D.S.C. Jan. 8, 1996). We deny Appellant's motion to expedite the appeal in light of this disposition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED